PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

OCT 26 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A BLACK JEEP WRANGLER, WITH LICENSE PLATE 7NVV116, VIN #1C4BJWDG3GL104457 | CASE NO. 2:16-SW-582 CKD<br><br>[PROPOSED] ORDER<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the illegal gambling activities of the parties named in the application and order, signed September 21, 2016, which authorized agents of Federal Bureau of Investigation to install and monitor a tracking device in or on a BLACK JEEP WRANGLER, with license plate 7NVV116, VIN #1C4BJWDG3GL104457, ("TARGET VEHICLE"), for a period of 30 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: Oct 26, 2016

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Tracking of<br><br>A BLACK JEEP WRANGLER, WITH LICENSE PLATE 7NVV116, VIN #1C4BJWDG3GL104457 | ) ) ) ) ) ) ) Case No. 2:16-SW-582 CKD<br><br>**SEALED** |

## TRACKING WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☐ is located in this district; ☒ is not now located in this district, but will be at execution; ☐ the activity in this district relates to domestic or international terrorism; ☐ other:

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)* ☐ using the object  ☒ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☒ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device:
A BLACK JEEP WRANGLER, WITH LICENSE PLATE 7NVV116, VIN #1C4BJWDG3GL104457

**YOU ARE COMMANDED** to execute this warrant and begin using the object or installing the tracking device by _____10_____ *(not to exceed ten days)* and may continue use for ___30___ days *(not to exceed 45)*. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*

☒ into the vehicle described above       ☐ onto the private property described above

☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)*  any authorized U.S. Magistrate Judge in the Eastern District of California  and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*

☒ for ___30___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _9/21/2016 3:00pm_     _Carolyn Delaney_
                                                                              Judge's signature

City and state: Sacramento, California     Carolyn K. Delaney, U.S. Magistrate Judge
                                                                      *Printed name and title*

AO 104 (Rev. 11/13)  Tracking Warrant (Page 2)

Case No.

### Return of Tracking Warrant With Installation

1. Date and time tracking device installed:

2. Dates and times tracking device maintained: _____

3. Date and time tracking device removed: _____

4. The tracking device was used from *(date and time)*: _____

    to *(date and time)*: _____.

### Return of Tracking Warrant Without Installation

1. Date warrant executed: _____

2. The tracking information was obtained from *(date and time)*: _____

    to *(date and time)*: _____.

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: _____          _____
                                         Executing officer's signature

                                         _____Christian Norgaard, Special Agent_____
                                                     Printed name and title